**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** IRS-CI

**City** _____

**County** Plymouth

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   23-mj-5015-JGD
Search Warrant Case Number   22-MJ-5041-JGD; See below
R 20/R 40 from District of _____

**Defendant Information:**   Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-mj-5013-JGD; 23-mj-5014-JGD   [✓] Yes [ ] No

**Defendant Name** Wens Herby Mathurin   Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: _____

Address: Brockton, MA

Birth date (Yr only): 1996   SSN (last 4#): 4150   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** John McK. Pavlos   Address: 120 Torrey Street

Bar Number: 641113   Brockton, MA 02301

**U.S. Attorney Information**

AUSA: David M. Holcomb   Bar Number if applicable: 694712

**Interpreter:** [ ] Yes [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [ ] Yes [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:**

**Arrest Date:** 01/26/2023

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[✓] On Pretrial Release: Ordered by: Hon. Judith G. Dein   on 01/26/2023

**Charging Document:** [ ] Complaint [✓] Information [ ] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 1/16/2024   Signature of AUSA: /s/ David M. Holcomb

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Wens Herby Mathurin

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant numbers: 23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD; 23-mj-5314-JGD

Seizure Warrant: 23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD